IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAFAEL SIERRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-00488-M-BT |
| | § | |
| DALLAS COUNTY DISTRICT | § | |
| ATTORNEY'S OFFICE, DALLAS | § | |
| COUNTY PUBLIC DEFENDER'S | § | |
| OFFICE, DALLAS COUNTY | § | |
| COMMISSIONER'S COURT, and | § | |
| KATHY LOWTHORP | § | |
| | § | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 18, 2023. (ECF No. 138). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The Court notes that the Court, in accepting the Findings, Conclusions, and Recommendation, is, as the Magistrate Judge did, analyzing Plaintiff's five Amended Complaints, not different allegations that Plaintiff may be asserting in his Response to the Findings, Conclusions, and

Recommendation. The Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 3rd day of November, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE